AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>FILED 07 JUL 17 AM 10:24<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 641 - Theft of Government Property (Class A Misdemeanor)<br>☐ Petty<br>☐ Minor<br>☑ Misdemeanor<br>☐ Felony<br>**E-Filing** || **DEFENDANT - U.S.**<br>▶ MAZIE R. LEWIS<br><br>**DISTRICT COURT NUMBER**<br>CR 07 0450 MAG |
| **PENALTY:**<br>Maximum term of imprisonment of 1 year<br>Maximum fine of $100,000<br>Maximum supervised release of 1 year<br>Mandatory special assessment fee of $25 |||
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>Department of Homeland Security, Office of the Inspector General || **DEFENDANT**<br>**IS NOT IN CUSTODY**<br>1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) |
| ☐ person is awaiting trial in another Federal or State Court, give name of court |||
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District || **IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ | SHOW DOCKET NO.<br><br>MAGISTRATE CASE NO. | Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed<br><br>**DATE OF ARREST** ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM<br>**SCOTT N. SCHOOLS**<br>☑ U.S. Att'y ☐ Other U.S. Agency |||
| Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS || ☐ This report amends AO 257 previously submitted |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
Acting United States Attorney

FILED

07 JUL 17 AM 10: 24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0450

| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 641- Theft of Government Funds (Class A Misdemeanor) |
| v. | ) SAN FRANCISCO VENUE |
| MAZIE R. LEWIS, | ) |
| Defendant. | ) |

MAG

INFORMATION

The United States Attorney charges:

On or about and between September 14, 2005, and March 17, 2006, in the Northern District of California, the defendant,

MAZIE R. LEWIS,

embezzled, stole, purloined, and knowingly converted to her use money or thing of value of the United States, or a department or agency thereof, to wit: Federal Emergency Management Agency benefits, and did receive, conceal, and retain such money or thing of value with intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in

INFORMATION

violation of Title 18, United States Code, Section 641, a Class A Misdemeanor.

DATED: 7/16/2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                                -2-