SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

MENAKA KALASKAR
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0450 MAG |
| Plaintiff, ) | |
| ) | **DECLARATION OF MENAKA KALASKAR IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| v. ) | |
| MAZIE R. LEWIS, ) | |
| Defendant. ) | |

I, Menaka Kalaskar, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Department of Homeland Security, Office of Inspector General ("DHS OIG"), the United States Department of Housing and Urban Development Office of Inspector General ("HUD OIG"), and from reports and other documents provided to me by the DHS OIG and HUD OIG.

2. On September 14, 2005, Mazie R. Lewis ("Lewis") completed an application with the Federal Emergency Management Agency ("FEMA") for financial assistance for damage sustained during Hurricane Katrina. Lewis claimed that 1) her primary address was 915 Piety

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07 0450 MAG

-2-

Street, New Orleans, LA 71107; 2) she had auto damage; 3) her home was damaged by the disaster; 4) she had personal property damaged by the disaster; 5) access was restricted to her home due to mandatory evacuation; and 6) a family member lost work or became unemployed due to disaster.

3. After filing the application, Lewis received three FEMA checks over the course of several months. The first check was dated September 15, 2005, in the amount of $2,000; the second check was dated September 25, 2005, in the amount of $2,358; and the third check was dated March 15, 2006, in the amount of $3,687. Lewis cashed these checks and received a total of $8,045 in FEMA disaster assistance.

4. Special Agent Zurvohn A. Maloof ("SA Maloof"), the Reporting Agent from DHS OIG, contacted Lewis over the phone. Lewis admitted on the phone that she was not a New Orleans resident at the time of Hurricane Katrina, and invited SA Maloof to her home to be interviewed. SA Maloof, along with two other agents, interviewed Lewis on April 27, 2007. During the interview, she admitted that she had filed a false FEMA application. She stated that she had been residing in San Francisco for 8-9 years, and had previously lived in New Orleans, LA.

5. According to HUD OIG, Lewis is a Section 8 project-based tenant in San Francisco. In addition, HUD OIG Special Agent Richard Salom received a fax from the Plaza East Apartments in San Francisco, which confirms that the effective date of Lewis's lease was November 16, 2004.

6. According to the Federal Bureau of Investigation ("FBI"), both the owner and subsequent tenant of Lewis's claimed residence in New Orleans noted that no one lived at 915 Piety Street, New Orleans, LA prior to Hurricane Katrina.

//
//
//
//
//

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07 0450 MAG                    -2-

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed July 18, 2007, at San Francisco, California.

DATED: _7/18/07_____

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MENAKA KALASKAR
Law Clerk
United States Attorney's Office