1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
7     Telephone: (415) 436-6809
      Fax: (415) 436-7234
8     Email: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )    Case No. CR 07 0450 MAG
                                        )
14              Plaintiff,              )
                                        )
15        v.                            )    **MOTION FOR SUMMONS**
                                        )
16 MAZIE R. LEWIS,                      )
                                        )
17              Defendant.              )
   ─────────────────────────────────────)
18

19        Based on the facts set forth in the Declaration of Menaka Kalaskar in Support of the

20 United States' Motion for Summons, the United States hereby requests that the Court issue a

21 summons for defendant Mazie R. Lewis, 641 Willow Street, San Francisco, CA 94115.  The

22 facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant

23 //

24 //

25 //

26 //

27 //

28 //

MOTION FOR SUMMONS
Case No.  CR 07 0450 MAG

1   to answer the Information that has been filed by the United States Attorney.

2

3                                                      Respectfully submitted,

4                                                      SCOTT N. SCHOOLS
                                                       United States Attorney

5

6   Dated: July 18, 2007                       _____/s/_____
                                                       WENDY THOMAS
7                                                      Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28