1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                        SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,        )    Case No. CR 07 0450 MAG
10                                   )
          Plaintiff,                 )
11                                   )
       v.                            )    [PROPOSED] ORDER FOR SUMMONS
12                                   )
   MAZIE R. LEWIS,                   )
13                                   )
          Defendant.                 )
14 _____    )

15

16    Having reviewed the Declaration of Menaka Kalaskar, the Court finds that probable cause
17 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Mazie R.
19 Lewis, to appear on August 7, 2007 at 9:30 a.m. before Magistrate Judge Joseph C. Spero to
20 answer the Information that has been filed by the United States Attorney.

21

22    IT IS SO ORDERED.

23 Dated: __July 19, 2007__         _____
24                                   NANDOR J. VADAS
                                     United States Magistrate Judge
25
26
27
28

ORDER FOR SUMMONS
Case No. CR 07 0450 MAG