SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MAZIE R. LEWIS,  )<br>  )<br>    Defendant.  )<br>_____ ) | Criminal No. CR 07-0450 MAG<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 14, 2007 TO SEPTEMBER 7, 2007** |

    The parties appeared before the Honorable Joseph C. Spero on August 14, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 14, 2007 to September 7, 2007, in light of the need for effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to obtain information relating to the defendant's treatment

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0450 MAG**

program.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 14, 2007, to September 7, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 14, 2007 to September 7, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: 8/21/07            /s/
JODI LINKER
Counsel for Mazie R. Lewis

DATED: 8/21/07            /s/
WENDY THOMAS
Special Assistant U.S. Attorney

     IT IS SO ORDERED.

DATED:_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0450 MAG**       2