1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney

5

6   450 Golden Gate Avenue
    San Francisco, California 94102

7   Telephone: (415) 436-6809
    Facsimile: (415) 436-7234

8   E-Mail: wendy.thomas@usdoj.gov

9   Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT

11

                  NORTHERN DISTRICT OF CALIFORNIA

12

                      SAN FRANCISCO DIVISION

13

    UNITED STATES OF AMERICA,        )    Criminal No. CR 07-0450 MAG

14                                    )
            Plaintiff,                )

15                                    )
                                      )    **[PROPOSED] ORDER AND**

16      v.                            )    **STIPULATION EXCLUDING TIME**
                                      )    **FROM SEPTEMBER 7, 2007 TO**

17   MAZIE R. LEWIS,                  )    **NOVEMBER 2 , 2007**
                                      )

18          Defendant.                )
                                      )

19   _____ )

20

21      On September 7, 2007, the parties appeared before the Honorable Joseph C. Spero on August

22   14, 2007.  With the agreement of counsel for both parties, the Court found and held as follows:

23      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24   3161, from September 7, 2007, to November 2, 2007, in light of the need for effective

25   preparation of counsel.  Taking into account the exercise of due diligence and the need for

26   counsel to review discovery in this case, failure to grant the requested continuance would

27   unreasonably deny defense counsel reasonable time necessary for effective preparation.

28   **[PROPOSED] ORDER AND**
    **STIPULATION EXCLUDING TIME**
    **CR 07-0450 MAG**

1

2

       2. Given these circumstances, the Court found that the ends of justice served by

excluding the period from September 7, 2007, to November 2, 2007 outweigh the best interest of

the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3

4

       3. Accordingly, and with the consent of the defendant, the Court ordered that the period

from September 7, 2007, to November 2, 2007 be excluded from Speedy Trial Act calculations

under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5

6

7

       IT IS SO STIPULATED.

8

9    DATED: 9/14/07                                        /s/
                                         WENDY THOMAS
10                                       Special Assistant U.S. Attorney

11

12   DATED: 9/15/07                                        /s/
                                         JODI LINKER
13                                       Counsel for Mazie R. Lewis

14

15

16          IT IS SO ORDERED.

17

18   DATED:_____

                                         THE HON. JOSEPH C. SPERO
                                         United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28
**[PROPOSED] ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0450 MAG**                          2