UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00450-1 (JCS) |
|     Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| MAZIE LEWIS, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status or Change of Plea hearing before Magistrate Judge Spero previously noticed for November 2, 2007, at 10:30 a.m., has been reset to **THE SAME DAY at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. .
Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: October 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_ (signature)
    Karen L. Hom
    Courtroom Deputy