```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5

 6  450 Golden Gate Avenue
    San Francisco, California  94102
 7  Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
 8  E-Mail: wendy.thomas@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0450 MAG |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM SEPTEMBER 7, 2007 TO |
| MAZIE R. LEWIS, | ) | NOVEMBER 2 , 2007 |
| Defendant. | ) | |
| | ) | |

On September 7, 2007, the parties appeared before the Honorable Joseph C. Spero on August 14, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 7, 2007, to November 2, 2007, in light of the need for effective preparation of counsel. Taking into account the exercise of due diligence and the need for counsel to review discovery in this case, failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation.

**[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0450 MAG**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2007, to November 2, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 7, 2007, to November 2, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/14/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

DATED: 9/15/07

/s/
JODI LINKER
Counsel for Mazie R. Lewis

IT IS SO ORDERED.

DATED: 10/03/07



THE HONORABLE
United States Magistrate Judge
Judge Joseph C. Spero

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0450 MAG                    2